UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Colby Plumber , 100295,

        Plaintiff,                        Case No.  19-13498

v.                                           Judge  Arthur J. Tarnow

M.I.N.T., et al. ,                      Magistrate Judge  Anthony P. Patti

        Defendant(s).
_____/

## ORDER WAIVING PREPAYMENT OF THE FILING FEE AND
## DIRECTING PERIODIC SUBSEQUENT PAYMENTS OF THE FILING FEE

       The Court has reviewed plaintiff's financial affidavit, certified account statement or its equivalent, and signed authorization to withdraw funds.  Having considered these items, the Court **GRANTS** plaintiff's application to proceed without prepayment of the filing fee for this action.  28 U.S.C. § 1915(a)(1).

       Plaintiff, a prisoner, must pay the full filing fee for this civil action. 28 U.S.C. § 1915(b)(1).  The Court must assess and, if funds exist, collect an initial partial filing fee consisting of twenty percent (20%) of the greater of (1) the average monthly deposits to plaintiff's account, or (2) the average monthly balance in plaintiff's account for the preceding six (6) months.  Id.  The initial partial filing fee in this case is **$0.00.**  Plaintiff must make monthly payments of twenty percent (20%) of the preceding month's income credited to plaintiff's account.  28 U.S.C. § 1915(b)(2).

       Accordingly, because insufficient funds exist in plaintiff's account to collect an initial partial filing fee, the Court **ORDERS** the agency having custody of plaintiff to forward to the Clerk of the Court, on a monthly basis if funds are available, twenty percent (20%) of the preceding month's income credited to plaintiff's account.  The Court will notify the agency having custody of plaintiff when plaintiff has paid the entire filing fee of **$350.00**.  The Court has attached to this order a copy of plaintiff's authorization to withdraw funds from plaintiff's trust fund account.

Date:  December 5, 2019                      s/R. Steven Whalen
                                                               R. Steven Whalen
                                                               United States Magistrate Judge

---

### Certificate of Service

       I hereby certify that a copy of the foregoing document was served upon Plaintiff on the date indicated below by first class mail.

Date:  December 5, 2019                      s/A.Flanigan
                                                               Deputy Clerk